[No. 38223-3-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07012-6, Norma Smith Huggins, J., entered February 28, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38251-9-I.    Division One.    May 12, 1997.]

FREDERICK WILSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-17367-5, Jim Bates, J., entered February 2, 1996. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Webster, J. Now published at 87 Wn. App. 197.

[No. 38263-2-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE MACKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06202-1, J. Kathleen Learned, J., entered February 29, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38404-0-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL STANLEY DOANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06335-3, Linda Lau, J., entered March 11, 1996. *Affirmed* by unpublished per curiam opinion.